UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

RICHARD THOMAS ANTHONY,

        Plaintiff,        Case No. 1:09-cv-849

v.        Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated:  October 7, 2009        /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District Judge